**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01356-CV

**STEVE HENSON, M.D. AND DAVID K. HENSON, Appellants**

**V.**

**GRUBER HURST JOHANSEN HAIL SHANK, LLP, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00553**

## ORDER

We **GRANT** the February 13, 2015 motion of G. Kevin Buchanan to withdraw as counsel for appellants. We **DIRECT** the Clerk of this Court to remove G. Kevin Buchanan with the law firm of Kevin Buchanan & Associates, P.L.L.C. as counsel for appellants.

Appellants are now appearing before this Court pro se. Appellants' brief is due March 9, 2015.

/s/ ELIZABETH LANG-MIERS
   JUSTICE